AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York ▾

| | |
|---|---|
| Martinez Esquivel, Porfirio (A# 241-102-192) | ) |
| | ) |
| | ) |
| | ) |
| _Petitioner_ | ) |
| | ) |
| v. | )    Case No. _____ |
| PAMELA BONDI, in her official capacity as the US Attorney General, KRISTI NOEM, in her official capacity as the Secretary of the Department of Homeland Security, JOSEPH CARDINALE, in his official capacity as Acting Field Office Director of the New York Field Office for U.S. Immigration and Customs Enforcement, and TODD LYONS, in his official capacity as Acting ICE Field Office Director | )    _(Supplied by Clerk of Court)_ |
| | ) |
| | ) |
| | ) |
| _Respondent_ | ) |
| (name of warden or authorized person having custody of petitioner) | |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.    (a) Your full name:    Porfirio Martinez Esquivel

     (b) Other names you have used:

2.    Place of confinement:

     (a) Name of institution:    Nassau County Correctional Facility

     (b) Address:    100 Carman Ave, East Meadow, NY 11554

     (c) Your identification number:    A# 241-102-192

3.    Are you currently being held on orders by:

     ☑ Federal authorities      ☐ State authorities      ☐ Other - explain:

4.    Are you currently:

     ☐ A pretrial detainee (waiting for trial on criminal charges)

     ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

       If you are currently serving a sentence, provide:

         (a) Name and location of court that sentenced you:

         (b) Docket number of criminal case:

         (c) Date of sentencing:

     ☑ Being held on an immigration charge

     ☐ Other _(explain)_:

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:

     ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*:

6.  Provide more information about the decision or action you are challenging:

 (a) Name and location of the agency or court:   Department of Homeland Security and U.S. Immigration and Customs Enforcement in Washington, D.C

 (b) Docket number, case number, or opinion number:   Docket Date: Feb. 26, 2026

 (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
ICE decision to detain the Pettitioner in the community after being a long-term resident in the U.S interior; warrantless arrest based on racial profiling with no articulable reasonable suspicion

 (d) Date of the decision or action:   02/26/2026

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

 Did you appeal the decision, file a grievance, or seek an administrative remedy?

 ❏ Yes          ☑ No

 (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:

   (3) Docket number, case number, or opinion number:

   (4) Result:

   (5) Date of result:

   (6) Issues raised:

 (b) If you answered "No," explain why you did not appeal:

8.  **Second appeal**

 After the first appeal, did you file a second appeal to a higher authority, agency, or court?

 ❏ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes                ☐ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Enforcing rights as a member of the Maldonado Bautista Bond Eligible Class
member of the Bond Eligible Class certified in Maldonado Bautista, and, as such, is entitled to relief.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
ICE detained him in his front yard despite him being a long-time interior resident living in the United States since 2005.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND TWO:** Respondents violated the INA when they detained the Petitioner under 8 USC 1225 rather than 8 USC 1226a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND THREE:** Fourth Amendment Unlawful Seizure,Warrantless Arrest, and Racial Profiling
Fifth Amendment Due Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner wasin his front yard  when the Respondents arrested him. The Respondents had no
articulable reasonable suspicion, the arrest was instead based on racial profiling and the Petitioner's Latino appearance.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**    The repsondents' arrest of the Petitioner violates the Administrative Procedure Act as it exceeds INA statutory authority and is arbitrary and capricious

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Respondents detained in the Petitioner under their July 2025 8 USC 1225- applicant -for-admission theory despite being vacated under the APA in C.D. Cal's Maldonado Bautista. Their thoery disregards 30 years of consistent implementation, SCOTUS case law, and is in direct contravention to the statutory text and scheme

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes              ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do:    Order the Petitioner's immediate release, or, in the alternative, order a bond hearing where the government has the burden to prove flight risk and danger by clear and convincing evidence & the IJ must consider ability to pay, render on-ther-record, written findings, and alternatives to condition. Order no transfer during the pendency if the habeas adjudication . Award attornerys fees and cost under EAJA. Order expedited briefing

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02/27/2026

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*