2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

| MRN | Visit ID | Patient Name | Admit DTM | Discharge DTM |
|---|---|---|---|---|
| 173767911 | 8571158 | MARTINEZ ESQUIVEL, | 02/18/2026 01:59 AM | N/A |

You may receive a survey in the mail about your hospital experience. It is our hope that you will take a few minutes to let us know how we have met your expectations.

The standard of care at Nassau University Medical Center is to "always" provide "very good" care. On your survey "always" means that we are consistently meeting your needs. Thank you for choosing us to care for you and your family.

## Discharge Plan

### Final Diagnosis

| Discharge Dx | Heart failure, unspecified |
|---|---|

### Discharge Instructions

| Select all that apply: | Congestive Heart Failure patient |
|---|---|
| Emergency instructions for patients with Congestive Heart Failure: | Go to the nearest Emergency Room if you have: Chest Pain, are short of breath or dizzy. Weigh yourself every day at the same time. Record your weight daily. Call your Doctor if you have swelling of feet or ankles, weight gain of 2-3 lbs/day or more than 5 lbs in 5 days. Dry hacking cough. Trouble sleeping. Fatigue or tiredness. |

### Diet

| Recommended Discharge Diet: | Low Sodium, Low Cholesterol, Low Saturated / Transfat |
|---|---|
| Recommended Discharge Diet: | Heart Failure |
| Heart Failure Diet | Low cholesterol, Fat restricted/modified. |
| Heart Failure Diet | You are taking a water pill and should discuss the possible need for potassium supplementation at your first outpatient follow up visit. |
| Heart Failure Diet | Fluid restrictions: This includes Water, juice, ice pops, soup, or anything that is liquid at room temperature. |
| Heart Failure Diet | Low sodium: Excess salt or sodium will cause your body to hold water which will make you feel sick. Never add salt to your food. Read labels. Avoid foods that are high in salt content such a canned or frozen foods, bacon and lunch meats. |

### Activity

| Recommended Discharge Activity | Gradually increase activity until able to resume normal activity. |
|---|---|

### Smoking Cessation

| Smoking Status | Current some day smoker |
|---|---|
| Smoking Cessation Information Provided: | Refused information on counseling |

### Discharge Treatments

| Discharge Treatments-Excluding Medications | Please follow with cardiology clinic on May 14, 2:00 pm
Please follow with Pulmonary clinic on June 3, 10:00 AM
Please follow heart failure clinic on April 1, 2:40 pm
Please omni clinic on May 20, 1:45m pm |
|---|---|

### MD Review

| This document is ready for the Discharging nurse to complete and print. | Yes |
|---|---|

### Pneumovax and Influenza

| Influenza Vaccine | Not given due to... |
|---|---|
| N DISCH Influenza not prescribed | Reason: |
| Other | . |
| Pneumocax Vaccine | Not given due to... |
| Reason Pneumovax was not prescribed | Reason: |
| Other: | . |

### NURSING

| Temperature (degrees F) | 97.9 degrees F |
|---|---|
| Temperature (degrees C) | 36.6 degrees C |
| BP Systolic | 124 mm Hg |
| BP Diastolic | 79 mm Hg |
| Pulse | 83 bpm |
| Respiratory Rate | 18 bpm |
| Pain Score: | 0 |
| Pain Scale used: | Numerical |

| Page 1 of 11 | Printed by: Senat, Jules (Reg Nurse MRN # 173767911 | Data as of Printed on 02/21/2026 03:56:31PM |
|---|---|---|

NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

| MRN | Visit ID | Patient Name | Admit DTM | Discharge DTM |
|---|---|---|---|---|
| 173767911 | 8571158 | MARTINEZ ESQUIVEL, | 02/18/2026 01:59 AM | N/A |

| | |
|---|---|
| Skin Intact? | Yes |
| Appropriate education materials given to patient during his/her hospitalization | N/A |
| Tell Me Three: Patient/Family state what the patients problem is, what they need to do about it and why they need to do it. | Yes |
| Patient was discharged on isolation? | No |
| 24 hour discharge notice issued to the patient. | Yes |
| Portal and API Instructions Given at Print Out | Yes |
| Language barrier present for discharge instructions to Patient and/or Caregiver? | No. |
| Date/Time of Discharge (estimated) | 21-Feb-2026 |
| Interagency Transfer? | No |
| If you have questions about your discharge instructions, please call | (516) 572-0123 |
| Report was given to another facility? | N/A |

## Outpatient Medications

| | |
|---|---|
| Launch ORM | Launch ORM |

## Plan of Care

| | |
|---|---|
| Problem 1 | Heart failure exacerbation |
| Planning Goal 1 | Please refer below |
| Instructions for Goal 1 | Heart Failure: What to Know |

Heart Failure: What to Know
The heart inside the body.
Heart failure means that your heart isn't able to pump blood the way it should. The heart might not be able to pump enough blood and oxygen to your body tissues.

Heart failure is usually a long-term condition. Be sure to take good care of yourself and follow your treatment plan.

Different stages of heart failure have different treatment plans. The stages are:
Stage A: At risk for heart failure.
You don't have any symptoms, but you're at risk for getting heart failure.
Stage B: Pre-heart failure.
You don't have any symptoms, but your heart has changes that show heart failure.
Stage C: Symptomatic heart failure.
You have symptoms of heart failure, and your heart has changed in ways that show heart failure.
Stage D: Advanced heart failure.
You have symptoms that make it hard to live your daily life, and you often need to stay in the hospital because of heart failure.
What are the causes?
Heart failure may be caused by:
High blood pressure.
Coronary artery disease. This is when cholesterol and fat build up in the arteries.
Heart attack.
Heart valves that don't open and close properly.
Damage to the heart muscle.
An infection of the heart muscle.
Lung disease.
What increases the risk?
Getting older. The risk of heart failure goes up as a person ages.
Using tobacco or nicotine products.
Being overweight.
Using alcohol or drugs.
Having any of these conditions:
Diabetes.
Abnormal heart rhythms.
Thyroid problems.
Chronic kidney disease.
Having a family history of heart failure.
Having taken medicines that can damage the heart.
What are the signs or symptoms?
Symptoms of heart failure include:
Shortness of breath. This may happen when doing things like climbing stairs.
A cough that doesn't go away.

NuHealth, NASSAU UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

| MRN | Visit ID | Patient Name | Admit DTM | Discharge DTM |
|---|---|---|---|---|
| 17376791H | 8571158 | MARTINEZ ESQUIVEL, | 02/18/2026 01:59 AM | N/A |

Swelling of the feet, ankles, legs, or belly. This is called edema.
Losing or gaining weight for no reason.
Trouble breathing when lying flat.
A fast heartbeat.
Other symptoms may include:
Feeling tired and not having energy.
Feeling dizzy or light-headed. You may feel like you're going to faint.
Not wanting to eat as much as normal.
Feeling like you may vomit.
Feeling confused.
How is this diagnosed?
Heart failure may be diagnosed based on:
Your symptoms and medical history.
A physical exam.
Blood tests.
Other tests. These may include:
Chest X-ray.
Electrocardiogram (ECG).
Echocardiogram.
Cardiac MRI.
Cardiac catheterization and angiogram.
How is this treated?
A prescription pill bottle with an example of a pill.
Heart failure may be treated with:
Medicines. These can be given to:
Treat blood pressure, lower heart rates, or make the heart muscle pump stronger.
Cause the kidneys to remove extra salt and water from the blood through your pee.
Changes in your daily life. These may include:
Eating a healthy diet.
Staying at a healthy weight.
Quitting tobacco or drug use.
Limiting or avoiding alcohol.
Getting regular exercise.
Taking part in a cardiac rehab program. This program helps you improve your health through exercise, education, and counseling.
Surgery. Surgery can be done to:
Open blocked arteries.
Repair valves.
Put a device in the heart. This might be a pacemaker, a device to treat abnormal heart rhythms, or a device to help the heart pump better.
A heart transplant. This means getting a healthy heart from a donor. This is done when other treatments have not helped.
Follow these instructions at home:
Treat other conditions as told by your health care provider. These may include high blood pressure or lung disease.
Learn as much as you can about heart failure.
Keep all follow-up visits. Your provider will want to check on your condition.

| Instruction Type | Health Promotion |
|---|---|

## Follow Up Appointments

| If you have questions about your appointments scheduled at NUMC, please call | 516-486-6862 |
|---|---|

## Congestive Heart Failure

| Has this patient had 2 or more previous admissions within the past 12 months? | No |
|---|---|
| Select all that apply: | Congestive Heart Failure patient |

## CVA/TIA Specific

| Select all that apply: | Congestive Heart Failure patient |
|---|---|
| Does patient have diabetes? | No |

## I-STOP Review

| Are you prescribing any Controlled (Schedule II–V) medication? | No |
|---|---|

## Does the Patient require a Safety Plan?

| Does the Patient require a Safety Plan? | NA |
|---|---|

NUMC... CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.numc.edu/

| MRN | Visit ID | Patient Name | Admit DTM | Discharge DTM |
|---|---|---|---|---|
| 173767911 | 8571158 | MARTINEZ ESQUIVEL, | 02/18/2026 01:59 AM | N/A |

## Plan of Safe Care (POSC)

| Does the patient have a Plan of Safe Care (POSC)? | N/A |
|---|---|

## Referral 1

| . | Specify names/addresses/telephone numbers and dates of initial appointment and include continuing chemical dependency services, other treatment, and self-help and vocational, educational and employment services. |
|---|---|

## Antibiotics on Discharge

| You are being discharged on antibiotic(s) | no |
|---|---|

## Identified Caregiver

| Type of Discharge Anticipated | To be determined |
|---|---|

## Discharge Medications Reviewed

| Discharge medications reviewed for understanding of purpose & side effects | Yes |
|---|---|
| *-----------------------No medical record assessments---------------------* | No data field |

Document Authored By Senat, Jules (Reg Nurse I)

Document Authored By Dorime, Michelson (Resident Physician)

Document Authored By Tiwari, Bishal (Resident Physician)

## Medications taken today in hospital

| Drug name | Administered | Dose | UOM | Route |
|---|---|---|---|---|
| hePARIN 5,000 units mL INJ 5,000 units/mL Solution<br>Give:5000 unit(s)  Every 8 hours  Subcutaneous<br>Nurse Instructions: Look alike sound alike medication.<br>HIGH ALERT MEDICATION | 02/21/2026 06:16 AM | 5000 | unit(s) | Subcutaneous |
| sacubitril/valsartan 24mg/26mg PO 24 mg/26 mg - ENTRESTO<br>Give:1 Tablet(s)  Every 12 hours  Oral | 02/21/2026 06:16 AM | 1 | Tablet(s) | Oral |
| carvedilol PO Tablet - COREG PO<br>Give:6.25 mg  Every 12 hours  Oral | 02/21/2026 06:17 AM | 6.25 | mg | Oral |
| aspirin 81 mg Chewable Tablet - BABY ASPIRIN<br>Give:81 mg  Daily  Oral | 02/21/2026 09:32 AM | 81 | mg | Oral |
| pantoprazole DR PO Tablet DR PO Tablet - PROTONIX DR PO<br>Give:40 mg  Daily  Oral<br>Nurse Instructions: Time Critical Medication<br><br>Swallow whole; do not crush or chew | 02/21/2026 09:32 AM | 40 | mg | Oral |
| hePARIN 5,000 units/mL INJ 5,000 units/mL Solution<br>Give:5000 unit(s)  Every 8 hours  Subcutaneous<br>Nurse Instructions: Look alike sound alike medication.<br>HIGH ALERT MEDICATION | 02/21/2026 02:03 PM | 5000 | unit(s) | Subcutaneous |

## Home Medications (After Discharge)

| Take these medications | Instructions | Last Dose Taken Date/Time | Next Dose Due Date/Time | Comments |
|---|---|---|---|---|
| aspirin 81 mg oral tablet, chewable<br>Pharmacy Name:<br>WALGREENS DRUG STORE #15118<br>Address: | 1 tab(s) orally once a day | | | |
| atorvastatin 40 mg oral tablet<br>Pharmacy Name:<br>WALGREENS DRUG STORE #15118<br>Address: | 1 tab(s) orally once a day (at bedtime) | | | |

Health UNIVERSITY MEDICAL CENTER
2201 Hempstead Turnpike, East Meadow, NY 11554  http://www.nume.edu/

| MRN | Visit ID | Patient Name | | Admit DTM | Discharge DTM |
|---|---|---|---|---|---|
| 173767911 | 8571158 | MARTINEZ ESQUIVEL, | | 02/18/2026 01:59 AM | N/A |

| | | | | | |
|---|---|---|---|---|---|
| carvedilol 6.25 mg oral tablet<br>Pharmacy Name:<br>WALGREENS DRUG STORE #15118<br>Address: | 1 tab(s) orally every 12 hours | | | | |
| sacubitril-valsartan 24 mg-26 mg oral tablet<br>Pharmacy Name:<br><br>Address: | 1 tab(s) orally every 12 hours | | | | |
| sacubitril-valsartan 24 mg-26 mg oral tablet<br>Pharmacy Name:<br>WALGREENS DRUG STORE #15118<br>Address: | 1 tab(s) orally every 12 hours | | | | |

## STOP Taking

| Stop taking these medication(s) | Instructions |
|---|---|
| | |

**Please Note:** Patients/Families are reminded to discard old medication lists and to update any records with all medical providers and/or pharmacies.

Please bring this medication list to your next doctors visit. Please update the form if you stop taking any of these medications or you start taking any new medications including over the counter drugs. Also, please carry a copy of this form with you at all times in the event of an emergency.