

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

February 27, 2026

Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Martinez Esquivel, et.al. v. Bondi,* 26-cv-1165 (Brown, J.)

Dear Judge Brown:

This Office represents Respondents in the above captioned habeas petition filed by Petitioner Porfirio Martinez Esquivel ("Petitioner") on February 27, 2026. Docket Entry ("DE") #1. Petitioner was arrested on February 26, 2026 and is currently detained at the Nassau County Correctional Center.

This letter is respectfully submitted pursuant to Your Honor's Standing Order dated February 27, 2026. DE #3. Respondents note that Petitioner entered the United States at an unknown time and place and currently does not have any pending applications for relief.

Further, Respondents provide the following information as required by Your Honor's order to provide the Court with information of a "particularized reason to believe that Petitioner presents a danger to the community, a flight risk" or any information that Petitioner should be detained due to his involvement with "illegal narcotics, violence, criminal history, firearms [or] gang affiliation, and the like" *See* DE 3.

According to the attached criminal history report, Petitioner was arrested on July 3, 2015 for Driving Under the Influence of Alcohol, as a misdemeanor, to which he pled guilty. On November 16, 2025, Petitioner was arrested for Criminal Possession of a Weapon in the Third Degree, a Class D Felony and Criminal Possession of a Controlled Substance (cocaine) in the Fifth Degree. Petitioner subsequently pled guilty to a violation on February 25, 2026.

Based upon Petitioner's criminal history, involving weapons and illegal narcotics, Respondents respectfully submit that Petitioner should not be released on his own recognizance, as provided in the Court's standing order, but that the imposition of a bond with a surety is more appropriate under these circumstances.

Respondents thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Diane C. Leonardo
Diane C. Leonardo
Assistant U.S. Attorney
(631) 715-7854

cc: Counsel of Record by ECF

2

```
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE
RESULT OF YOUR
RECORD REQUEST FOR FBI/946045FH7. INDIVIDUAL'S RECORD WILL
BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE
FOLLOWING SOURCES:
 FBI           - FBI███████████
 NEW YORK      - STATE ID/N██████████
END
CR.WVFBINF00
16:00 02/27/2026 70567
16:00 02/27/2026 02805 VTICE1991
*WWWXRXTC72
TXT
HDR/2L01WWWXRXTC72
ATN/XCHEN
*********************  CRIMINAL HISTORY RECORD
**********************

***************************  Introduction
***************************

This rap sheet was produced in response to the following
request:

FBI Number          ███████████
       ████████ Code         C
Attention            █████████

The information in this rap sheet is subject to the
following caveats:

This record is based only on the FBI number in your
request-UCN:
946045FH7 Because additions or deletions may be made at
any time, a new
copy should be requested when needed for subsequent use.
(US;
2026-02-27)

All entries contained in this FBI record are based on
fingerprint
comparisons and pertain to the same individual.(US; 2026-
02-27)

The use of this record is regulated by law. It is provided
for official
use only and may be used only for the purpose requested.
(US;
2026-02-27)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * *
DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - -
- - - - - -
- - - - - - - - - -(US; 2026-02-27)
```

```
*************************  IDENTIFICATION
*************************

Subject Name(s)

MARTINEZESQUIVEL, PORFIRIO
ESQUIVEL, PORTIRIO  (AKA)
MARTINEZ ESQUIVEL, PORFIRIO  (AKA)

Subject Description

FBI Number                State Id Number
██████████                ██████████████

██████████████                                   AR

Sex                       Race
Male                      White

Height                    Weight              Date of
Birth
5'08"                     155                 ████████

Hair Color                Eye Color
Fingerprint Pattern
Black                     Brown
WUAURSRSRSWULSLSLSLS (Other)


Place of Birth            Citizenship
Guatemala                 Unknown
                          Guatemala

Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG
CLARKSBURG WVFBINF00
Capture Date                   2026-02-26
(No Fingerprint Image Transmitted
Comment:BSI: 40639710673)

Photo Images
Photo Image Available          FBI-CJIS DIV-CLRKSBG
CLARKSBURG WVFBINF00
Available Image                Other
Capture Date                   2026-02-26
(No Photo Image Transmitted
Comment:BSI: 40639710671)


*************************  CRIMINAL HISTORY
*************************


=============================== Cycle 001
============================
Earliest Event Date    2026-02-26
```

```
Arrest Date                2026-02-26
Arrest Case Number         10745079717
Arresting Agency           NYICE3000 ICE ERO CENTRAL ISLIP
Subject's Name             MARTINEZ ESQUIVEL,PORFIRIO
Charge                     1
         Charge Literal    212A6AI ALIEN PRESENT WITHOUT
ADMISSION OR
                           PAROLE - (PWAS)
         Severity  Unknown
*************************   INDEX OF AGENCIES
*************************

Agency                     ICE ERO; NYICE3000;
Agency Telephone           631 851-2207
Agency Email Address
Address
                           535 FEDERAL PL
                           CENTRAL ISLIP, NY 117224421


    * * * END OF RECORD * * *
CR.NYIII0000
16:00 02/27/2026 26974
16:00 02/27/2026 02809 VTICE1991
*WWWXRXTC72
TXT
HDR/2L01WWWXRXTC72
ATN/XCHEN
**********************   CRIMINAL HISTORY RECORD
**********************


***************************   Introduction
***************************


This rap sheet was produced in response to the following
request:
```

FBI Number
State Id Number





```
                                C

Attention
```



```
The information in this rap sheet is subject to the
following caveats:

Multi-Source - Subject has information maintained by other
states or in
multiple NYS files maintained by the FBI available through
the
Interstate Identification Index. Refer to FBI Number:

Sentencing - Where an individual is sentenced June 1, 1981
or later on
more than one charge within a docket, the sentence may be
considered to
be concurrent unless identified as consecutive.


***********************   IDENTIFICATION
```

Subject Name(s)

MARTINEZ-ESQUIVEL, PORFIRIO
Martinez-Esquivel, Porfirio

Subject Description

State Id Number

██████████

| Sex | Race | Skin Tone |
|-----|------|-----------|
| Male | White | Light |
| | Unknown | |

| Height | Weight | Date of |
|--------|--------|---------|
| Birth | | |
| 5'09" | 175 | ██████████ |

| Hair Color | Eye Color |
|------------|-----------|
| Brown | Brown |

Ethnicity
Hispanic

Or Latino                                              Not

Hispanic Or Latino

Residence
Residence as of

██████████████
ROOSEVELT, NY 11575

Residence as of

1███████████████
Roosevelt, NY 11575

Residence as of

████████████
STAMFORD, CT 06902

*************************  CRIMINAL HISTORY
*************************

=============================== Cycle 001
===============================
Tracking Number        67208306L
Earliest Event Date    2015-07-03 Incident Date
2015-07-03
----------------------------------------------------------
--------------
Arrest Date            2015-07-03
Arresting Agency       NY0290000 Nassau County Police
Department

```
                           SCI...cv-01165     MARTINEZ-ESQUIVEL, PORFIRIO
                         Offender Id Number  011000587578
Comment(s)               Court of Arraignment : NY029013J
NASSAU COUNTY

                         1ST DISTRICT COURT
Charge Tracking Number   67208306L
             Statute     Driving While Intoxicated- 1st
Offense (1192

                         SUB 03 )
    NCIC Offense Code     5404
   State Offense Code     VTL 1192 SUB 03
            Counts        1
          Severity        Misdemeanor
    Inchoate Charge       Completed
----------------------------------------------------------
--------------
Court Disposition        (Cycle 001)
Court Case Number        2015NA013932
Final Disposition Date   2015-12-01
Court Agency             NY029013J Nassau County 1st
District Court
Charge Tracking Number   67208306L
             Statute     Aggravated DWI:Per Se-BAC .18 Of
1% Or More

                         Alcohol In Blood-No Priors (1192
SUB 2-AA )
   State Offense Code     VTL 1192 SUB 2-AA
            Counts        1
          Severity        Misdemeanor
    Inchoate Charge       Completed
         Disposition      ( 2015-12-01; Convicted Upon Plea
Of Guilty)
----------------------------------------------------------
--------------
Sentencing               (Cycle 001)
Sentence Date            2015-12-01
Court Case Number        2015NA013932
Charge Tracking Number   67208306L
             Statute     Aggravated DWI:Per Se-BAC .18 Of
1% Or More

                         Alcohol In Blood-No Priors (1192
SUB 2-AA )
    NCIC Offense Code     5404
   State Offense Code     VTL 1192 SUB 2-AA
            Counts        1
          Severity        Misdemeanor
    Inchoate Charge       Completed
         Disposition      ( 2015-12-01; )
Sentence                 Probation: 2 Year(s)Fine Amount:
$1000 Status:

                         Paid in FullLicense Revoked


----------------------------------------------------------
--------------
Corrections              (Cycle 001)
Supervision Date         2015-12-01
Corrections Agency       NY029013G Nassau County Probation
Subject's Name           Martinez-Esquivel, Porfirio
Correctional Id Number   3897322
      Supervision Case Number  2015NA013932
      Court Case Number  2015NA013932
```

Charge Tracking Number   715269982P
             Statute   Aggravated DWI:Per Se-BAC .18 Of
1% Or More
                       Alcohol In Blood-No Priors (1192 )
      NCIC Offense Code   5404
     State Offense Code   VTL 1192
               Counts   1
             Severity   Misdemeanor
      Inchoate Charge   Completed
Release Date           2017-06-30
============================= Cycle 002
=============================
Tracking Number        71380446K
Earliest Event Date    2025-11-16 Incident Date
2025-11-16
-----------------------------------------------------------
--------------
Arrest Date            2025-11-16
Arresting Agency       NY0290000 Nassau County Police
Department
Subject's Name         MARTINEZ-ESQUIVEL, PORFIRIO
    Offender Id Number   011000587578
Comment(s)             Court of Arraignment : NY029013J
NASSAU COUNTY
                       1ST DISTRICT COURT
Charge Tracking Number   71380446K
             Statute   Criminal Possession Weapon-3rd:
Previous
                       Conviction (265.02 SUB 01 )
      NCIC Offense Code   5212
     State Offense Code   PL 265.02 SUB 01
               Counts   1
             Severity   Felony
      Inchoate Charge   Completed
Charge Tracking Number   71380446K
             Statute   Criminal Possession Controlled
Substance
                       -5th:Cocaine 500 Milligrams
(220.06 SUB 05 )
      NCIC Offense Code   3532
     State Offense Code   PL 220.06 SUB 05
               Counts   1
             Severity   Felony
      Inchoate Charge   Completed
-----------------------------------------------------------
--------------
Court Disposition      (Cycle 002)
Court Case Number      CR-023468-25NA
Final Disposition Date 2026-02-25
Court Agency           NY029013J Nassau County 1st
District Court
Charge Tracking Number   71380446K
             Statute   Disorderly Conduct:Create
Hazardous or
                       Physically Offensive Condition
(240.20 SUB 07 )
     State Offense Code   PL 240.20 SUB 07
               Counts   1
             Severity   Violation
      Inchoate Charge   Completed

Last Request:02/27/2026 23:00 UTC
FBI Number:946045FH7

(Disposition  2026-02-25; Conviction: Plea
Of Guilty)

```
-----------------------------------------------------------
--------------
Sentencing              (Cycle 002)
Sentence Date           2026-02-25
Court Case Number       CR-023468-25NA
Charge Tracking Number  71380446K
              Statute   Disorderly Conduct:Create
Hazardous or
                        Physically Offensive Condition
(240.20 SUB 07 )
     NCIC Offense Code  5311
    State Offense Code  PL 240.20 SUB 07
              Counts    1
            Severity    Violation
      Inchoate Charge   Completed
          Disposition   ( 2026-02-25; )
Sentence                Conditional dischargeCommunity
                        ServiceCustody/Fine:/$100
*************************  INDEX OF AGENCIES
*************************


Agency                  Nassau County Police Department;
NY0290000;


-----------------------------------------------------------
--------------
Agency                  Nassau County Probation;
NY029013G;


-----------------------------------------------------------
--------------
Agency                  Nassau County 1st District Court;
NY029013J;



     * * * END OF RECORD * * *
```

Last Request:02/27/2026 23:00 UTC
FBI Number:946045FH7