UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
MARTINEZ ESQUIVEL, Porfirio,

                                Petitioner,

              v.

PAMELA BONDI, in her official capacity as Attorney
General,
KRISTI NOEM, in her official capacity as Secretary of
the Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
JOSEPH CARDINALE, in his official capacity as Acting
Field Office Director of the New York Field
Office for U.S. Immigration and Customs Enforcement,
TODD LYONS, in his official capacity as Acting ICE
Field Office Director,

                              Respondents.
--------------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE**

Civil Action No.
26-cv-1165 (GRB)

      IT IS HEREBY STIPULATED AND AGREED, by and between the Petitioner Porfirio Martinez Esquivel and Respondents Pamela Bondi, in her official capacity as Attorney General, Markwayne Mullin[1], in his official capacity as Secretary of the Department of Homeland Security, U.S. Department of Homeland Security, Joseph Cardinale, in his official capacity as Acting Field Office Director of the New York Field Office for U.S. Immigration and Customs Enforcement, and Todd Lyons, in his official capacity as Acting ICE Field Office Director (collectively, the "Federal Respondents"), through their undersigned counsel that:

      1.      This action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

---

[1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit. Therefore, Markwayne Mullin has been substituted for Kristi Noem.

2.     Petitioner's counsel reserves the right to pursue eligible attorneys' costs, expenses, and fees pursuant to the requirements outlined under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 *et seq.*

3.     The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order.

Dated: Bay Shore, New York
      March 25, 2026

RIVERA JULKA LAW GROUP, P.C.
*Counsel for Petitioner*
17 W. Main Street
Bay Shore, New York 11706

By: _____
Joshua R. Stickell, Esq.
631-647-9040
Joshua@riverajulka.com

Dated: Central Islip, New York
      March 25 2026

JOSEPH NOCELLA, JR
United States Attorney
*Counsel for Respondents*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: _____
ALINA AUSTIN
Digitally signed by ALINA AUSTIN
Date: 2026.03.25 09:56:14 -04'00'

Alina Austin
Special Assistant U.S. Attorney
(631) 715-7900
alina.austin@usdoj.gov

**So Ordered**

March    , 2026

_____
HONORABLE GARY R. BROWN
U.S. District Judge E.D.N.Y.

2